UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04  11521  NG

FILED
IN CLERK'S OFFICE
2004 JUL -7 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM SMITH,  )
                )  MAGISTRATE JUDGE Alexander
    Plaintiff,  )
                )
v.              )  C.A. NO.
                )  BBO NO. 552113 (Pino)
FRANK ATTANASIO,)
                )
    Defendants. )
                )

RECEIPT # 57059
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED
BY DPTY. CLK. TOM
DATE 7/7/04

## DEFENDANT'S NOTICE OF REMOVAL

The Defendant in the above-captioned action, Frank Attanasio, requests that this action be removed from Massachusetts state court to the United States District Court for the District of Massachusetts, Boston, MA.

As grounds for this Notice of Removal, the Defendant, Frank Attanasio, states the following:

1.  On or about April 23, 2004, the Plaintiff commenced the present action against the Defendant in Massachusetts Superior Court, County of Middlesex, C.A. No. 04-01737, and is now pending therein.

2.  On or about June 28, 2004, the Defendant was served *via* Certified Mail, Return Receipt Requested, with a copy of a Summons and Complaint.

3.  No further proceedings have been had in this action.

4.  The Plaintiff, William Smith, was and presently is a citizen and resident of Acton, County of Middlesex, Commonwealth of Massachusetts.

5.	The Defendant, Frank Attanasio, was and presently is a resident of the State of New Hampshire

6.	The Plaintiff alleges in his Statement of Damages that the amount in controversy, exclusive of interest and costs, is in excess of Seventy Five Thousand Dollars ($75,000.00).

7.	A copy of the Summons and Complaint are attached hereto.

8.	This Notice is filed with the Court within thirty (30) days after service on the Defendants of the Summons and Complaint.

9.	As a result of the foregoing, this Court possesses original jurisdiction of the present action pursuant to 28 USC § 1332 and may, therefore, be removed to this Court pursuant to 28 USC § 1441(b).

WHEREFORE, the Defendant, Frank Attanasio, requests that the Court remove the present action from Massachusetts state Court to the United States District Court for the District of Massachusetts, Boston, MA.

> FRANK ATTANSIO
> By his attorney,
>
> *Paul G. Pino*
> Paul G. Pino
> BBO# 552113
> LAW OFFICE OF PAUL G. PINO
> 1350 Division Road, Suite 104
> West Warwick, RI 02893
> (401) 827-1250

Dated: July 7, 2004

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 7th day of July, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>Darin M. Colucci, Esquire
>Colucci, Collucci & Marcus, P.C.
>552 Adams Street
>Milton, MA 02186

_____
Paul G. Pino

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2004-01737

William Smith ........................, Plaintiff(s)

v.

Frank Attanasio ........................, Defendant(s)

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Darin M. Colucci, Esquire, Colucci, Colucci & Marcus, PC plaintiff's attorney, whose address is 552 Adams Street, Milton, Massachusetts ........................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Lowell ........................ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Lowell the 23rd day of June in the year of our Lord 2004.

*Edward J. Sullivan* (signature)
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT DEPT.
                                                  C.A. NO:

WILLIAM SMITH,
        Plaintiff

vs.

FRANK ATTANASIO,
        Defendant

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, William Smith, is an individual who resides in the town of Acton, Commonwealth of Massachusetts.

2. The Defendant, Frank Attanasio, is an individual who resides at 14 Valley Road, Mason, State of New Hampshire.

### FACTS

3. On or about April 25, 2001, the Plaintiff, William Smith, was the owner and operator of a motor vehicle that was at a traveling on Route 2, a public way, in Concord, Massachusetts.

4. On or about the aforesaid date, the Defendant, Frank Attanasio, was the owner and operator of a motor vehicle traveling on Route 2, a public way in or around Concord, Massachusetts.

5. The defendant, Frank Attanasio, then and there so negligently, carelessly and unskillfully operated the aforesaid motor vehicle so as to cause the same to collide with the vehicle operated by the Plaintiff, William Smith.

6. As a result of the aforesaid collision, the Plaintiff, William Smith, sustained serious personal injuries.

### COUNT I
### NEGLIGENCE

7. The Plaintiff, William Smith, repeats and reavers all of the allegations previously set forth in paragraphs one through six of this Complaint as if rewritten and realleged

COLUCCI,
COLUCCI &
MARCUS, P.C.
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

- 1 -

herein.

8. As the direct and proximate result of the negligence of the Defendant, Frank Attanasio, the Plaintiff, William Smith, was seriously injured, suffered great pain of body and anguish of mind and was obliged to expend monies for medical care and attendance.

Wherefore, the Plaintiff, William Smith, demands judgment against the Defendant, Frank Attanasio, in an amount sufficient to compensate him for his losses, plus interest, attorneys' fees and costs of this action.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES PRESENTED.

Respectfully Submitted,

For The Plaintiff,

By His Attorneys,

Darin M. Colucci, Esq.
COLUCCI & COLUCCI, P.C.
552 Adams Street
Milton, MA 02186
(617) 698-6000
BBO#563232

COLUCCI,
COLUCCI &
MARCUS, P.C.
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

- 2 -

%JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

FILED

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

2004 JUL -7 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

## I. (a) PLAINTIFFS
SMITH, WILLIAM

## DEFENDANTS
ATTANASIO, FRANK

(b) County of Residence of First Listed Plaintiff: **Middlesex, MA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Hillsborough, NH
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Darin M. Collucci, Esq.  (617)698-6000
Collucci & Colluci, P.C.
552 Adams Street, Milton, MA 02186

Attorneys (If Known)
Paul G. Pino, Esq.  (401)827-1250
1350 Division Road, Suite 104
West Warwick, RI  02893

04 11521 NG

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|                                          | PTF | DEF |                                                          | PTF | DEF |
|------------------------------------------|-----|-----|----------------------------------------------------------|-----|-----|
| Citizen of This State                    | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                 | ☐ 2 | ☒ 2 | Incorporated and Principal of Business In Another State   | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country  | ☐ 3 | ☐ 3 | Foreign Nation                                            | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability  ☐ 365 Personal Injury — |    of Property 21 USC 881 |    28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Liability    Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
|    Student Loans | ☐ 340 Marine  **PERSONAL PROPERTY** |    Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
|    (Excl. Veterans) | ☐ 345 Marine Product  ☐ 370 Other Fraud | ☐ 690 Other | |    Exchange |
| ☐ 153 Recovery of Overpayment |    Liability  ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
|    of Veteran's Benefits | ☒ 350 Motor Vehicle  ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** |    12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract |    Product Liability  ☐ 385 Property Damage |    Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury    Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| | | ☐ 730 Labor/Mgmt.Reporting | |    Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate |    & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment    Sentence | ☐ 740 Railway Labor Act | |    Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/    Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff |    Under Equal Access to |
| ☐ 240 Torts to Land |    Accommodations  ☐ 530 General | ☐ 790 Other Labor Litigation |    or Defendant) |    Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights  ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party |    State Statutes |
| |   ☐ 550 Civil Rights |    Security Act |    26 USC 7609 | ☐ 890 Other Statutory Actions |
| |   ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. Sec. 1332

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY   (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  7/7/04

SIGNATURE OF ATTORNEY OF RECORD  Paul G. Pino

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

1. Title of case (name of first party on each side only) William Smith v. Frank Attanasio

2004 JUL -7 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

04 11521 NG

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]    NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]    NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]    NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]    NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]    NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]    NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Paul G. Pino
ADDRESS    1350 Division Road, Suite 104, West Warwick, RI 02893
TELEPHONE NO.    (401) 827-1250

(Coversheetlocal.wpd - 10/17/02)