UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7 P 12: 16

04 11521 NG

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | )  |
|---|---|
| WILLIAM SMITH, | ) |
| Plaintiff, | ) |
| | ) C.A. NO. |
| v. | ) BBO NO. 552113 (Pino) |
| | ) |
| FRANK ATTANASIO, | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Paul G. Pino, Esquire, Law Office of Paul G. Pino, 1350 Division Road, Suite 104, West Warwick, RI 02893, on behalf of the Defendant, Frank Attanasio, in the above-captioned action.

FRANK ATTANSIO
By his attorney,

_Paul G. Pino_
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

Dated: July 7, 2004

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 7th day of July, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>Darin M. Colucci, Esquire
>Colucci, Collucci & Marcus, P.C.
>552 Adams Street
>Milton, MA 02186

_____
Paul G. Pino