UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7 P 12: 16

US DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM SMITH, | 04 11521 NG |
| Plaintiff, | |
| v. | C.A. NO. |
| | BBO NO. 552113 (Pino) |
| FRANK ATTANASIO, | |
| Defendants. | |

## DEFENDANT'S ANSWER AND JURY DEMAND

The Defendant in the above-captioned action, Frank Attanasio (hereinafter the "Defendant"), answers the numbered paragraphs of Plaintiff's Complaint as follows:

1   The Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2   The Defendant admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

### FACTS

3   The Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 3 of Plaintiff's Complaint.

4   The Defendant is without sufficient knowledge to either admit or deny so much of the allegations contained in paragraph 4 of Plaintiff's Complaint that allege that Route 2 is a public way. The Defendant admits the remaining allegations contained in paragraph 4 of Plaintiff's Complaint.

5.      The Defendant denies the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.      The Defendant denies the allegations contained in paragraph 6 of Plaintiff's Complaint.

## COUNT I
### (Negligence)

7.      The Defendant repeats and incorporates by reference his responses to paragraphs 1 – 6 of Plaintiff's Complaint as if fully set forth herein.

8.      The Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

WHEREFORE, the Defendant, Frank Attanasio, requests that the Court:

1.      Enter Judgment in her favor and as against the Plaintiff on Count I of Plaintiff's Complaint;

2.      Award the Defendant his costs, including reasonable attorneys' fees; and

3.      Grant such further relief as may be deemed appropriate by the Court.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Plaintiff failed to commence this action when the applicable statute of limitations.

### THIRD DEFENSE

The Plaintiff is guilty of contributory negligence to such a degree as to bar recovery, but if he recovers, any recovery must be reduced pro rata to the extent of Plaintiff said negligence.

### FOURTH DEFENSE

If the Plaintiff was injured as alleged, which the Defendant expressly denies, it was not as the result of the action of inactions of the Defendant or anyone for whom the Defendant is legally liable or responsible.

### FIFTH DEFENSE

The Plaintiff, at the time of the alleged accident, was acting in violation of law, regulation or ordinance, said violation was the cause of the Plaintiff's alleged injuries and, therefore, Plaintiff cannot recover in this action.

### SIXTH DEFENSE

There has been an insufficiency of process and an insufficiency of service of process in this action and, therefore, the Plaintiff's Complaint should be dismissed.

### SEVENTH DEFENSE

The Plaintiff's claim for alleged pain and suffering is barred by the applicable provisions of Mass. Gen. L. ch. 231, § 60.

### EIGHTH DEFENSE

The Plaintiff's claim for alleged medical expenses and loss of earnings is barred in whole or in part by the applicable provisions of Mass. Gen. L. ch. 90, § 34M.

**THE DEFENDANT DEMANDS A TRIAL
BY JURY ON ALL ISSUES SO TRIABLE.**

FRANK ATTANSIO
By his attorney,


*Paul G. Pino*
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

Dated: July 7, 2004

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 7th day of July, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

Darin M. Colucci, Esquire
Colucci, Collucci & Marcus, P.C.
552 Adams Street
Milton, MA 02186


*Paul G. Pino*
Paul G. Pino