UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK ATTANASIO, ) <br> ) <br> Defendants. ) <br> ) | **04  11521  NG** <br><br> C.A. NO. <br> BBO NO. 552113 (Pino) |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

To:   Darin M. Colucci, Esquire
      Colucci, Collucci & Marcus, P.C.
      552 Adams Street
      Milton, MA 02186

Please take notice that on July 7, 2004, the Defendant in the above-captioned action, Frank Attanasio, filed a **NOTICE OF REMOVAL,** a copy of which is attached hereto, of this action to the United States District Court for the District of Massachusetts, Boston, MA.

You are further advised that the defendant, on filing such Notice of Removal in the Clerk's Office of the United States District Court for the District of Massachusetts also filed copies thereof with the Middlesex County Superior Court Clerk's Office to effect removal pursuant to 28 USC § 1446(d).

FRANK ATTANSIO
By his attorney,

*Paul B Pino*

Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

Dated: July 7, 2004

### CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 7th day of July, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

Darin M. Colucci, Esquire
Colucci, Collucci & Marcus, P.C.
552 Adams Street
Milton, MA 02186

*Paul B Pino*

Paul G. Pino