UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# 04  11521  NG

WILLIAM SMITH,

    Plaintiff,

v.

FRANK ATTANASIO,

    Defendants.

C.A. NO.
BBO NO. 552113 (Pino)

## DEFENDANT'S CERTIFICATE OF FILING A COPY OF THE NOTICE OF REMOVAL WITH THE MIDDLESEX SUPERIOR COURT

I, Paul G. Pino, attorney for the Defendant in the above-captioned action, hereby certifies

that on the 7th day of July, 2004, I caused to be filed a true copy of the foregoing notice, together

with a copy of the Notice of Removal mentioned therein, in the Civil Clerk's Office, Middlesex

Superior Court, 360 Gorham Street, Lowell, MA 01852.

FRANK ATTANSIO
By his attorney,

Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI  02893
(401) 827-1250

Dated:  July 7, 2004

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 7th day of July, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

> Darin M. Colucci, Esquire
> Colucci, Collucci & Marcus, P.C.
> 552 Adams Street
> Milton, MA 02186

_Paul B Pino_
Paul G. Pino

2