# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

P04-161

I, **Martha Fulham, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-01737** entered in the Superior Court on **04/23/2004**.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell this 5th day of August, in the year of our Lord 2004



Assistant Clerk of the Courts

cvdremlett.wpd 2602496 removus houle

## Commonwealth of Massachusetts
### MIDDLESEX SUPERIOR COURT
### Case Summary
### Civil Docket

### MICV2004-01737
### Smith v Attanasio

04-11521-NG

| | | | | | |
|---|---|---|---|---|---|
| File Date | 04/23/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 08/05/2004 | Session | L - Cv time-stan 1 (Lowell) | | |
| Origin | 1 | Case Type | B03 - MV negligence/pers injury/prop dmg | | |
| Lead Case | | Track | F | | |
| Service | 07/22/2004 | Answer | 09/20/2004 | Rule12/19/20 | 09/20/2004 |
| Rule 15 | 09/20/2004 | Discovery | 02/17/2005 | Rule 56 | 03/19/2005 |
| Final PTC | 04/18/2005 | Disposition | 06/17/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
William Smith
Active 04/23/2004

**Private Counsel 563232**
Darin M Colucci
Colucci & Colucci
552 Adams Street
Milton, MA 02186
Phone: 617-698-6000
Fax: 617-698-1262
Active 04/23/2004 Notify

**Defendant**
Frank Attanasio
14 Valley Road
Greenville, NH 03048
Served: 07/02/2004
Served (answr pending) 07/02/2004

**Private Counsel 552113**
Paul G Pino
1350 Division Road Suite 104
West Warwick, RI 02893
Phone: 401-827-1250
Fax: 401-884-2020
Active 07/08/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/23/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 04/23/2004 | | Origin 1, Type B03, Track F. |
| 07/02/2004 | 3.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant, Frank Attanasio (return receipt attached thereto) |
| 07/08/2004 | | Pleading, Defendant's Notice of Fifling Notice of Removal, returned to Paul G Pino, Esq.: Send a copy of the petition to the U.S District Court with this notice |
| 08/05/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 04/25/2005 | Cv time-stan 1 (Lowell) | Status: Review Annual Fee | |

MIDDLESEX, ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior court
this 5th day of Aug. 2004

caseO1 194069   Deputy y y   Assistant Clerk

Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11521 NG

FILED
IN CLERK'S OFFICE
2004 JUL -7 P 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

SCANNED
DATE: 7/7/04  TOM
BY

WILLIAM SMITH,

    Plaintiff,

v.

FRANK ATTANASIO,

    Defendants.

MAGISTRATE JUDGE Alexander

C.A. NO.
BBO NO. 552113 (Pino)

RECEIPT # 57059
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED____
BY DPTY. CLK. TOM
DATE 7/7/04

## DEFENDANT'S NOTICE OF REMOVAL

The Defendant in the above-captioned action, Frank Attanasio, requests that this action be removed from Massachusetts state court to the United States District Court for the District of Massachusetts, Boston, MA.

As grounds for this Notice of Removal, the Defendant, Frank Attanasio, states the following:

1. On or about April 23, 2004, the Plaintiff commenced the present action against the Defendant in Massachusetts Superior Court, County of Middlesex, C.A. No. 04-01737, and is now pending therein.

2. On or about June 28, 2004, the Defendant was served *via* Certified Mail, Return Receipt Requested, with a copy of a Summons and Complaint.

3. No further proceedings have been had in this action.

4. The Plaintiff, William Smith, was and presently is a citizen and resident of Acton, County of Middlesex, Commonwealth of Massachusetts.

I HEREBY ATTEST AND CERTIFY ON 7-21-04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: Pat Quinn

5. The Defendant, Frank Attanasio, was and presently is a resident of the State of New Hampshire

6. The Plaintiff alleges in his Statement of Damages that the amount in controversy, exclusive of interest and costs, is in excess of Seventy Five Thousand Dollars ($75,000.00).

7. A copy of the Summons and Complaint are attached hereto.

8. This Notice is filed with the Court within thirty (30) days after service on the Defendants of the Summons and Complaint.

9. As a result of the foregoing, this Court possesses original jurisdiction of the present action pursuant to 28 USC § 1332 and may, therefore, be removed to this Court pursuant to 28 USC § 1441(b).

WHEREFORE, the Defendant, Frank Attanasio, requests that the Court remove the present action from Massachusetts state Court to the United States District Court for the District of Massachusetts, Boston, MA.

FRANK ATTANSIO
By his attorney,

*Paul G. Pino*
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

Dated: July 7, 2004

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 7th day of July, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

> Darin M. Colucci, Esquire
> Colucci, Collucci & Marcus, P.C.
> 552 Adams Street
> Milton, MA 02186

*/s/ Paul G. Pino*
Paul G. Pino

3