UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM SMITH,          )
          Plaintiff,    )
                        )    C.A. NO. 11521-NG
v.                      )
                        )
FRANK ATTANASIO,        )
          Defendant,    )

## PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LR 26.2

The plaintiff, William Smith, hereby makes the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2.

### Identification of Individuals Likely to have Discoverable Information

The plaintiff, William Smith, hereby discloses the identities of the following individuals likely to have discoverable information:

1. Frank Attanasio
   14 Valley Road
   Mason, NH

Mr. Attanasio has information regarding the occurrence of the accident that occurred on April 25, 2001.

2. William Smith
   14 Wampus Avenue, Apt # 3
   Acton, MA

Mr. Smith has information regarding the occurrence of the accident that occurred on April 25, 2001 and the injuries and damages he sustained as a result of said accident.

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

## Document Disclosure

The following is a description, by category, of non-privileged documents, data, compilations and tangible things in the plaintiff, William Smith's possession, custody or control that, at this time, he may use in defense of this case:

1. Medical Records and Bills from Metro West Physical Therapy and Sports Medicine;
2. Medical Records and Bills from Brigham and Women's Hospital;
3. Medical records and Bills from Brigham Orthopedic and Arthritis Center;
4. Medical Records and Bills from Peter Barkin, M.D.;
5. Medical Records and Bills from Howard Blume, M.D.;
6. Medical Records and Bills from Henry Childs, M.D.;
7. Medical Records and Bills from Massachusetts General Hospital;
8. Medical Records and Bills from Emerson Hospital;
9. Medical Records and Bills from Boston Imaging Associates; and
10. Medical Records and Bills from Waltham Hospital.

## Expert Testimony

The plaintiff has not yet retained any experts for the purpose of this litigation.

Respectfully Submitted,

For the Plaintiff,

By His Attorneys,

COLUCCI, COLUCCI & MARCUS, P.C.

Darin M. Colucci, Esq.
552 Adams Street
Milton, MA 02186
(617) 698-6000
BBO# 563232

Dated: September 28, 2004

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 10/4/04

COLUCCI,
COLUCCI &
MARCUS, P.C.
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262