UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM SMITH, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>FRANK ATTANASIO, )<br>      Defendant, )<br>) | C.A. NO. 11521-NG |

**PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 16.1(3)**

      The undersigned hereby certify that they have conferred regarding the establishment of a budget for the costs of conducting the full course, along with alternative courses, of this litigation. The plaintiff has agreed to participate in any alternative dispute resolution the parties agree to engage in

      In addition the Plaintiff has served defendant with a settlement demand in the amount of $200,000.00.

                                    Respectfully submitted,

                                    COLUCCI, COLUCCI & MARCUS, P.C.

                                    /s/ Darin M. Colucci
                                    Darin M. Colucci, BBO#563232
                                    552 Adams Street
                                    Milton, MA 02186
                                    (617) 698-6000

                                    /s/ William Smith
                                    William Smith