UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM SMITH,<br><br>Plaintiff<br><br>v.<br><br>FRANK ATTANASIO,<br><br>Defendant | )<br>)<br>)<br>)<br>)  C.A. NO. 04-11521-NG<br>)  BBO NO. 563232 (Colucci)<br>)  BBO NO. 552113 (Pino)<br>)<br>)<br>)<br>) |

JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)

The parties in the above-captioned action, Plaintiff, William Smith, and Defendant, Frank Attanasio, pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, submit the following Pre-Trial Schedule:

1. Phase 1 Discovery:

    a. Service of Interrogatories      2/15/05

    b. Completion and service of interrogatory answers      4/15/05

    c. Amendments to pleadings      6/1/05

2. Phase 2 Discovery:

    a. Completion of depositions      6/1/05

    b. Designation of experts (including medical)

        (1) Plaintiffs      7/1/05

        (2) Defendant      8/1/05

    c. Completion of expert depositions - Plaintiffs      9/1/05

    d. Completion of expert depositions - Defendant      10/1/05

    e. Service of and compliance with Requests for Admissions      10/1/05

3. Filing of Motions                                                                                 11/1/05

4. Final Pre-Trial Conference                                                                  12/1/05


| WILLIAM SMITH, | FRANK ATTANASIO, |
|---|---|
| By his Attorney, | By his Attorney, |
| COLUCCI, COLUCCI & MARCUS,. P.C., | LAW OFFICE OF PAUL G. PINO, |
| /s/Darin M. Colucci | /s/Paul G. Pino |
| Darin M. Colucci, BBO# 563232 | Paul G. Pino, BBO#552113 |
| 552 Adams Street | 1350 Division Road, Suite 104 |
| Milton, MA 02186 | West Warwick, RI 02893 |
| (617) 698-6000 | (401) 827-1250 |

Dated: January 28, 2005