UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -1  P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| WILLIAM SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-11521-NG |
| v. ) | BBO NO. 552113 (Pino) |
| ) | |
| FRANK ATTANASIO, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(3)

We, the undersigned, pursuant to Local Rule 16.1(3), hereby certify that we have conferred regarding the establishment of a budget for the costs of conducting the full course (and various alternative courses) of this litigation, as well as to consider the resolution of the litigation through the use of alternative dispute resolution programs as set forth in Local Rule 16.4.

FRANK ATTANASSIO
By his attorney,

*/s/ Paul B. Pino*
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI  02893
(401) 827-1250

*/s/ Thomas E. Connell*
Thomas E. Connell
Casualty Manager
Progressive Casualty Ins. Co.

Dated: January 28, 2005

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 28th day of January, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>Darin M. Colucci, Esq.
>Colucci & Colucci, P.C.
>442 Adams Street
>Milton, MA  02186

*/s/ Paul G. Pino*
Paul G. Pino