UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK ATTANASIO, )<br>)<br>Defendant. )<br>) | C.A. NO. 04-11521-NG<br>BBO NO. 552113 (Pino) |

## **DEFENDANT'S (ASSENTED TO) MOTION TO CONTINUE STATUS CONFERENCE**

The Defendant in the above-captioned action, Frank Attanasio, pursuant to Local Rule 7.1, requests that the Status Conference scheduled on June 15, 2005 at 2:30 PM be continued to June 14, 2005 at 3:00 PM.

As grounds for this Motion, the Defendant, Frank Attanasio, states the following:

1. On or about February 22, 2005, the Court notified counsel that a Status Conference had been scheduled on June 14, 2005 at 2:30 PM.

2. On or about June 2, 2005, counsel was notified that the aforesaid Status Conference had been rescheduled to June 15, 2005 at 3:00 PM.

3. Defendant's Counsel, Paul G. Pino, Esquire, has a longstanding scheduled Arbitration in Rhode Island in the matter of *Shunney v. Progressive Northern Insurance Company* scheduled to commence on June 15, 2005 at 2:00 PM. As a result, a scheduling conflict exists with the Court's rescheduled Status Conference.

4. This Motion is made in good faith and not for a dilatory purpose.

5. Plaintiff's counsel has assented to this Motion.

## **CERTIFICATION**

Pursuant to Rule 7.1(2) of the Local Rules, Defendant's counsel hereby certifies that he has conferred with Plaintiff's counsel regarding this Motion and, as stated above, Plaintiff's counsel assents to its allowance.

WHEREFORE, the Defendant, Frank Attanasio, requests that the Court:

1. Allow his Motion to Continue Status Conference from June 15, 2005 at 2:30 PM to June 14, 2005 at 3:00 PM; and

2. Grant such further relief as may be deemed appropriate by the Court.

Assented to:

| | |
|---|---|
| WILLIAM SMITH | FRANK ATANASSIO |
| By his attorney | By his attorney, |
| | |
| /s/ Darin M. Colucci_____ | /s/ Paul G. Pino_____ |
| Darin M. Colucci | Paul G. Pino |
| BBO# 563232 | BBO# 552113 |
| COLUCCI, COLUCCI & MARCUS | LAW OFFICE OF PAUL G. PINO |
| 562 Adams Street | 1350 Division Road, Suite 104 |
| Milton, MA 02186 | West Warwick, RI  02893 |
| (617) 698-6000 | (401) 827-1250 |

Dated:  June 6, 2005

CERTIFICATE OF SERVICE

    I, Paul G. Pino, Esquire, hereby certify that on the 6th day of June, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

        Darin M. Colucci, Esquire
        Colucci, Colucci & Marcus, P.C.
        552 Adams Street
        Milton, MA 02186

        _____
        Paul G. Pino