UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. NO. 04-11521-NG |
| v. | ) | BBO NO. 552113 (Pino) |
| | ) | |
| FRANK ATTANASIO, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S (ASSENTED TO) MOTION TO CONTINUE STATUS CONFERENCE**

The Defendant in the above-captioned action, Frank Attanasio, pursuant to Local Rule 7.1, requests that the Status Conference scheduled on November 3, 2005 at 11:00 AM be continued to the morning of November 7, 2005.

As grounds for this Motion, the Defendant, Frank Attanasio, states the following:

1. On or about October 12, 2005, the Court notified counsel that it was necessary to reschedule a Status Conference that had been scheduled on that date at 11:00AM.

2. On or about October 12, 2005, counsel was notified that the aforesaid Status Conference had been rescheduled to November 3, 2005 at 11:00AM.

3. Defendant's counsel, Paul G. Pino, Esquire, has a longstanding scheduled commitment on November 3, 2005 that conflicts with the rescheduled Status Conference.

4. This Motion is made in good faith and not for a dilatory purpose.

5. Plaintiff's counsel has assented to this Motion.

2

6.    Both Plaintiff's and Defendant's counsel request that the Status Conference be rescheduled to the morning of November 7, 2005.

## **CERTIFICATION**

Pursuant to Rule 7.1(2) of the Local Rules, Defendant's counsel hereby certifies that he has conferred with Plaintiff's counsel regarding this Motion and, as stated above, Plaintiff's counsel assents to its allowance.

WHEREFORE, the Defendant, Frank Attanasio, requests that the Court:

1.    Allow his Motion to Continue Status Conference from November 3, 2005 at 11:00AM to the morning of November 7, 2005; and

2.    Grant such further relief as may be deemed appropriate by the Court.

Assented to:

| WILLIAM SMITH | FRANK ATANASSIO |
| --- | --- |
| By his attorney | By his attorney, |
| | |
| /s/ Darin M. Colucci_____ | /s/ Paul G. Pino_____ |
| Darin M. Colucci | Paul G. Pino |
| BBO# 563232 | BBO# 552113 |
| COLUCCI, COLUCCI & MARCUS | LAW OFFICE OF PAUL G. PINO |
| 562 Adams Street | 1350 Division Road, Suite 104 |
| Milton, MA 02186 | West Warwick, RI  02893 |
| (617) 698-6000 | (401) 827-1250 |

Dated:  October 13, 2005

CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 13th day of October, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

> Darin M. Colucci, Esquire
> Colucci, Colucci & Marcus, P.C.
> 552 Adams Street
> Milton, MA 02186

_____
Paul G. Pino