UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. |
| v. ) | BBO NO. 552113 (Pino) |
| ) | |
| FRANK ATTANASIO, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties in the above-captioned action hereby stipulate to the dismissal of the Complaint with prejudice, without interest and costs and all rights of appeal being waived.

WILLIAM SMITH                         FRANK ATTANSIO
By his attorney,                      By his attorney,

_____             _____
Darin M. Colucci                      Paul G. Pino
BBO #563232                           BBO# 552113
COLUCCI & COLUCCI, P.C.               LAW OFFICE OF PAUL G. PINO
552 Adams Street                      1350 Division Road, Suite 104
Milton, MA  02186                     West Warwick, RI  02893
(617) 698-6000                        (401) 827-1250